for which it was designed; it was without any latent defect; and its functioning created no danger or peril not known to the user.

■■ For these reasons we conclude that the evidence, viewed in its aspect most favorable to the plaintiff, so overwhelmingly favors the defendants that no contrary verdict based on this evidence could stand under any of the three theories advanced by the plaintiff. The trial court correctly directed the jury to find in favor of the defendants. *Pedrick v. Peoria & Eastern R.R. Co.* (1967), 37 Ill.2d 494, 229 N.E.2d 504.

In view of our holding we deem it unnecessary to pass on the other arguments of the defendants, that the plaintiff was guilty of contributory negligence as a matter of law and that the evidence failed to show that the absence of the devices was a proximate cause of the injury.

The judgment of the circuit court is affirmed.

Judgment affirmed.

BURKE, P. J., and GOLDBERG, J., concur.

ROBERT J. LO CASCIO, Plaintiff-Appellant, *v.* PETER KIOUSIS, Defendant-Appellee.

(No. 56346;

First District—January 15, 1973.

Opinion by Mr. JUSTICE EGAN.

William M. Daemicke, of Chicago, for appellant.

Ben Goldwater, of Chicago, for appellee.